**2003–0515.    State v. White.**

Stark App. No. 2002CA00154, 2003-Ohio-520. Reported at 99 Ohio St.3d 1435, 2003-Ohio-2902, 789 N.E.2d 1117. On motion for reconsideration. Motion denied.

**2003–0557.    State v. Colbert.**

Cuyahoga App. No. 80361, 2002-Ohio-6315. Reported at 99 Ohio St.3d 1437, 2003-Ohio-2902, 789 N.E.2d 1117. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents, would allow the discretionary appeal, and would consolidate this cause with 2003–0033, *State v. Colbert,* Cuyahoga App. No. 80361, 2002-Ohio-6315.

**2003–0569.    Costin v. Consol. Ceramic Products, Inc.**

Cuyahoga App. No. 81611, 2003-Ohio-437. Reported at 99 Ohio St.3d 1437, 2003-Ohio-2902, 789 N.E.2d 1118. On motion for reconsideration. Motion granted and discretionary appeal allowed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0618.    Hapner v. Tuesday Morning, Inc.**

Montgomery App. No. 19395, 2003-Ohio-781. Reported at 99 Ohio St.3d 1438, 2003-Ohio-2902, 789 N.E.2d 1118. On motion for reconsideration. Motion denied.

**2003–0624.    State ex rel. Ahmed v. Sargus.**

In Mandamus and Prohibition. Reported at 99 Ohio St.3d 1431, 2003-Ohio-2902, 789 N.E.2d 1114. On motion for reconsideration. Motion denied.